COMPLAINT UNDER 42 USC §1983, CIVIL RIGHTS ACT-TDCJ-ID (Rev. 7/97)

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF TEXAS
_____ DIVISION

United States Courts
Southern District of Texas
FILED

MAY 3 0 2003

Michael N. Milby, Clerk

_Tommy Ray Bryant, SPN #181099_
Plaintiff's name and ID Number

_Harris County Jail_
Place of Confinement

**H-03-1898**

CASE NO. _____
(Clerk will assign the number)

V.

_D. Robertson, Harris County Sheriff Department_
_1200 Baker, Houston, Texas 77002_
Defendant's name and address

_Frank Miller, Harris County Sheriff Department_
_1200 Baker, Houston, Texas 77002_
Defendant's name and address

_____
Defendant's name and address
( DO NOT USE "ET AL.")

---

### INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the Clerk of the United States Court for the appropriate District of Texas in the Division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. The list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate District Court, the Division and an address list of the Divisional Clerks.

1

**FILING FEE AND IN FORMA PAUPERIS**

1. In order for your complaint to be filed, it must be accompanied by the filing fee of $150.00.

2. If you do not have the necessary funds to pay the filing fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis (IFP)*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six (6) month history of your Inmate Trust Account. You can acquire the application to proceed IFP and appropriate Inmate Account Certificate from the law library at your prison unit.

3. 28 U.S.C. 1915, as amended by the Prison Litigation Reform Act of 1995 (PLRA), provides, "...if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." Thus, the Court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the Court will apply 28 U.S.C. 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your Inmate Account, until the entire $150 filing fee has been paid.

4. If you intend to seek *in forma pauperis* status, then do not send your complaint without an Application to Proceed IFP, and the Certificate of Inmate Trust Account. Complete all the essential paperwork before submitting it to the Court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the Court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion (s) for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuits in state or federal court relating to your imprisonment? \_\_YES ✓NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit: N/A

        2. Parties to previous lawsuit:
        Plaintiff(s) N/A
        Defendant(s) N/A

        3. Court: (If federal, name the district; if state, name the county.) N/A

        4. Docket Number: N/A

        5. Name of judge to whom case was assigned: N/A

        6. Disposition: (Was the case dismissed, appealed, still pending?) N/A

        7. Approximate date of disposition: N/A

II. PLACE OF PRESENT CONFINEMENT: Harris County Jail

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted both steps of the grievance procedure in this institution?     ___YES  ✓ NO

Attach a copy of the Step 2 grievance with the response supplied by the prison system.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Tommy Ray Bryant, Harris County Jail, Houston, Texas 77002   SPN # 00181099   1200 Baker St.

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: D. Robertson, Harris County Sheriff Deputy, 1200 Baker, Houston, Texas 77002

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Defendant illegally arrested, searched plaintiff and seized evidence without warrant, probable cause or exigent circumstances.

Defendant #2: Frank Miller, Harris County Sheriff Deputy, 1200 Baker, Houston, Texas 77002

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Defendant illegally arrested, searched plaintiff and seized evidence without warrant, probable cause or exigent circumstances.

Defendant #3: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

## V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes</u>. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On the 18th Day of March, 2003, Plaintiff was at the Residence of a friend visiting at 514 Berry in Houston, Texas. At which time Plaintiff was proceeding to leave the Resident at approximately 11:00 AM Plaintiff stepped out on the front porch of the Resident and was confronted by Defendants Robertson and Miller with their weapons drawn and aimed at the Plaintiff. At which time Plaintiff was held at gun point, Plaintiff put both of his hands on top of his head. Prior to and at the time Plaintiff was confronted by the Defendants and held at gunpoint, Plaintiff was not engaged in any crime nor trying to escape. No complaint had been filed charging Plaintiff with any offense. (Cont. on Attached page 4A)

RELIEF: State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Grant plaintiff a trial by jury, Grant compensatory damages against each defendant in the amount $100,000, punitive damages in the amount of $200,000 and Attorney fees.

## VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases:

Tommy Ray Bryant and Tommie Lee Bryant

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if known to you.

281336 - 309558 - 453629 - 710410

## VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ___YES ✓ NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

  1. Court that imposed sanctions (if federal, give the district and division): N/A
  2. Case Number: N/A
  3. Approximate date sanctions were imposed: N/A
  4. Have the sanctions been lifted or otherwise satisfied?  N/A  ___YES ___NO

C. Has any court ever warned or notified you that sanctions could be imposed?  ___YES ✓ NO

against the law, no warrant had been issued for Plaintiff arrest nor search.

While Plaintiff was so held at gun point by the Defendants, Defendant Miller put his hand in Plaintiff's pocket and claimed he seized some evidence. Defendant Robertson then conducted a pat down search of Plaintiff's person and seized Plaintiff car keys located in Plaintiff's right front pants pocket. The Defendant's had no arrest or search warrant nor probable cause for the arrest and subsequent search of Plaintiff.

Following the search of plaintiff and the seizure of his car keys, Defendant Robertson placed handcuffs tightly on Plaintiff wrists, and placed him in the patrol car. Thereafter the defendants went to Plaintiff car which was parked in the Resident driveway outside the fence, unlocked Plaintiff's car and trunk, and conducted a search of Plaintiff's car. After the Defendants conducted the warrantless search of Plaintiff vehicle, Defendants left Plaintiff's vehicle unlocked, threw the keys in the front seat of Plaintiff's vehicle and transported Plaintiff to the Harris County Jail in Humble, Texas.

The concerted acts and omissions of the herein named Defendants violated Plaintiff's Rights to be free from unlawful arrest and search, and deprived his of due process and equal protection of the law under the 4th and 14th amendments of the constitution of the (cont. on attached page 4B)

4(A)

United States. The herein named Defendants acted with a Reckless Disregard for the Rights of Plaintiff and with a callous indifference to his Rights, with intent to violate the Rights of Plaintiff, which acts and omissions of the named Defendant's cause Plaintiff Mental Depression, Stress, Suffering, Anxiety, Anguish, Frustration, humiliation, emotional stress, suffering and a loss of his liberty. Addictionally Defendant's acts and omissions are arbiterary. capricious and a malicious abuse of power, in which the Defendants acted in concert to invidiously discriminate against Plaintiff and punish him. The defendants knew or Reasonably should have known that their acts and omissions taken in Respect to Plaintiff would violate his constitutional Rights.

4(B)

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed warning (if federal, give the district and division): _N/A_

2. Case Number: _N/A_

3. Approximate date warnings were imposed: _N/A_


Executed on: 5-29-03
   DATE

_(Signature of plaintiff)_ Tommy Bryant


## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $150 filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from my inmate account by my custodian until the filing fee is paid.

Signed this __29th__ day of __MAY__, __2003__
         (Day)              (month)             (year)

_(Signature of plaintiff)_ Tommy Bryant

**WARNING: The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.**

5